IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,
      Plaintiff,

v.

$195,594.10 IN U.S. CURRENCY,
      Defendant *In Rem.*

NO.  3:13-CV-1904-M

## AGREED FINAL JUDGMENT OF FORFEITURE

The plaintiff, United States of America, ("the government") came to be heard on its

Agreed Motion for Final Judgment of Forfeiture.  After consideration of the motion; the

stipulation between the government and claimants, Leonard S. Zak, Tiffany Zak, KB, Inc.,

and KBE, Inc. dba Texas RV Outlet, ("the claimants"); and other pleadings, the court finds

that the government had reasonable belief to file forfeiture proceedings against the defendant

property; that proper notice of the forfeiture action was served and sent and proper

publication of the forfeiture action was made; that the claimants are determined to be the

only persons and entities with an interest in the defendant property; and that all right, title,

and interest in the defendant property by any others is extinguished, and the motion is hereby

GRANTED.

It is hereby ORDERED that the defendant property of  $195,594.10 in U.S. currency

is forfeited to the government pursuant to 31 U.S.C. § 5317(c), and the government shall be

recognized as having sole right, title, and interest to this property.   The Department of the

Treasury (or its designee) is ORDERED to dispose of this property accordingly.

It is FURTHER ORDERED that each party to this action shall bear and pay its own costs and fees, and all relief not specifically granted herein is denied.

Signed this 16 day of December, 2014.

BARBARA M.G. LYNN
United States District Judge

AGREED:

SARAH R. SALDAÑA, U.S. ATTORNEY

/s/ Lea A. Carlisle
Assistant United States Attorney
ATTORNEY FOR PLAINTIFF U.S.A.


/s/ Richard B. Roper            (with permission)
ATTORNEY FOR CLAIMANTS LEONARD S. ZAK, TIFFANY ZAK, KB, INC., AND KBE, INC. DBA TEXAS RV OUTLET.